JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HOLLYWOOD UNIVERSE MEDIA, LLC, a California limited liability company, d/b/a PASSION BUILDERS ONLINE,

Plaintiff,

v.

MATTHEW BROCKMAN, an individual; THEBROCKCONSULTING, LLC, a Nevada limited liability company; and DOES 1-10, inclusive,

Defendants.

AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS.

Case No. 2:25-cv-05171-MWF-PVC
Hon. Michael W. Fitzgerald

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to the parties' Stipulation, **IT IS HEREBY ORDERED** that the entire action, including all claims, counterclaims, and third-party claims alleged therein, is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 1, 2026

By: ______________________________
Hon. Michael W. Fitzgerald
United States District Judge